# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CRETU,<br><br>                              Plaintiff,<br><br>v.<br><br>TEXTRON AVIATION, INC, et al.,<br><br>                              Defendants. | Case No.: 20cv729-LAB (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 13]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 13. This action is **DISMISSED WITHOUT PREJUDICE** as to all parties, with each party to bear its own costs and fees. This order does not affect any other actions filed in any other jurisdiction arising from the same subject matter involved in this lawsuit. The hearings currently set for June 29, 2020 are **VACATED**. All other pending motions are **DENIED WITHOUT PREJUDICE AS MOOT**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 13, 2020

*Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge